Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Loretta M Di Tocco

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Elon Musk          Luke Farritor
Steve Davis        Guatier Cole Killian
Akash Bobba        Gavin Klinger
Edward Corsitine   Ethan Shaotran

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

FILED BY CAW D.C.

FEB 20 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - KEY WEST

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Loretta M Di Tocco |
   | Street Address | 1018 JAmes Street |
   | City and County | Key West          Monroe |
   | State and Zip Code | Florida          33040 |
   | Telephone Number | 732 232 4738 |
   | E-mail Address | lorettamdt@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Elon Musk |
| Job or Title *(if known)* | Special Government Employee  Head of DOGE |
| Street Address | Eisenhower Executive Bldg, 1600 Pennsylvania Ave NW |
| City and County | Washington DC |
| State and Zip Code | 20504 |
| Telephone Number | 202 225 0123 |
| E-mail Address *(if known)* | doge@mail.house.gov |

Defendant No. 2

| | |
|---|---|
| Name | Steve Davis |
| Job or Title *(if known)* | DOGE Mgr |
| Street Address | Eisenhower Exec. Bldg |
| City and County | 1600 Pennsylvania Ave NW |
| State and Zip Code | Washington DC |
| Telephone Number | 202 225 0123 |
| E-mail Address *(if known)* | doge@mail.house.gov |

Defendant No. 3

| | |
|---|---|
| Name | AKASH B OBBA |
| Job or Title *(if known)* | DOGE Team |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | EISENHOWER EXECUTIVE BUILDING |
| State and Zip Code | 1600 PENNSYLVANIA AVE NW |
| Telephone Number | 202 225 0123 |
| E-mail Address *(if known)* | doge@mail.house.gov |

Defendant No. 4

| | |
|---|---|
| Name | Edward Coristine |
| Job or Title *(if known)* | DOGE Team |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | EISENHOWER EXECUTIVE BUILDING |
| State and Zip Code | WAGHINGTON DC     20504 |
| Telephone Number | 202504 |
| E-mail Address *(if known)* | doge@mail.house.gov |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

| | |
|---|---|
| **Defendant No. 1** | |
| Name | Luke Farritor |
| Job or Title *(if known)* | DOGE Team |
| Street Address | Eisenhower Executive Bldg, 1600 Pennsylvania Ave NW |
| City and County | Washington DC |
| State and Zip Code | 20504 |
| Telephone Number | 202 225 0123 |
| E-mail Address *(if known)* | doge@mail.house.gov |
| | |
| **Defendant No. 2** | |
| Name | Gautier Cole Killian |
| Job or Title *(if known)* | DOGE Team |
| Street Address | Eisenhower Exec. Bldg |
| City and County | 1600 Pennsylvania Ave NW |
| State and Zip Code | Washington DC |
| Telephone Number | 202 225 0123 |
| E-mail Address *(if known)* | doge@mail.house.gov |
| | |
| **Defendant No. 3** | |
| Name | Ethan Shaotran |
| Job or Title *(if known)* | DOGE Team |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | EISENHOWER EXECUTIVE BUILDING |
| State and Zip Code | 1600 PENNSYLVANIA AVE NW |
| Telephone Number | 202 225 0123 |
| E-mail Address *(if known)* | doge@mail.house.gov |
| | |
| **Defendant No. 4** | |
| Name | Gavin Klinger |
| Job or Title *(if known)* | DOGE Team |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | EISENHOWER EXECUTIVE BUILDING |
| State and Zip Code | WAGHINGTON DC      20504 |
| Telephone Number | 202504 |
| E-mail Address *(if known)* | doge@mail.house.gov |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Fourth Amendment protecting and safeguarding personal information
Privacy Act of 1974
Gramm-Leach-Bliley Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
On January 31, 2025, Elon Musk's Department of Government Efficiency (DOGE) was granted access to the U.S. Treasury Department's payment systems.

B.    What date and approximate time did the events giving rise to your claim(s) occur?
January 31, 2025  Time unknown

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The facts are that the present President of the US gave permission to Elon Musk to create DOGE and Musk hired a team of tech people to access various federal systems.
These people are not employees of the federal government and have not sworn allegience to the Constitution. They have not been properly vetted and I believe they do not have proper security clearance.

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Violation of the Privacy Act of 1974 and Gramm-Leach-Bliley Act

Violation of 4th Amendment Rights

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for the removal of DOGE and compensation per the letter of the law.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/06/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Loretta M Di Tocco

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: